# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ABELARDO SAUCEDO, et al.,
Plaintiff
v.
NW MANAGEMENT AND REALTY SERVICES, INC., et al.
Defendant

Civil Action No. 12-CV-0478-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (check one):

☑ the plaintiff (name) Class plaintiffs consisting of 722 individuals * recover from the defendant (name) NW Management and Realty Services, Inc., John Hancock Life Insurance Co., ** the amount of one million four thousand dollars ($ 1,004,000.00), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____ recover costs from the plaintiff (name) _____.

☐ other: * All farm workers who worked for NW Management Services in the orchards known as Alexander I, Alexander II and Independence during the years 2009, 2010 and 2011.

** Texas Municipal Plans Consortium, LLC, and Framland Management Services

This action was (check one):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Plaintiffs' motions for partial summary judgment (ECF Nos. 223, 260 and 264).

Date: October 10, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
(By) Deputy Clerk

Linda L. Hansen